UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUDOLPH BROWN | Case Number: 1:10-cv-2151 |
| Plaintiff | |
| vs. | |
| CRA COLLECTIONS, INC. | |
| Defendant | |

## STIPULATION OF DISMISSAL

AND NOW, this 1st day of February, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice. However, the parties consent to the Court retaining jurisdiction over any settlement agreement by and between the parties.

Warren & Vullings, LLP

BY: _____
Bruce K. Warren, Esquire
Attorney for Plaintiff

Spector Gadon & Rosen, P.A.

BY: _____
Jonathan J. Greystone Esquire
Attorney for Defendant

**SO ORDERED,**

s/ John E. Jones III

_____, J.